**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**

**Stephanie Markovitch**

**Plaintiff**, 1:26-cv-04927-LMM-AWH

**v.**

**EQUIFAX INFORMATION SERVICES LLC,**

**Defendant.**

_____________________________________/

## CERTIFICATE OF INTERESTED PARTIES

(1) The undersigned counsel of record for a party or proposed intervenor to this action certifies that the following is a full and complete list of all parties, including proposed intervenors, in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party or proposed intervenor:

i. Stephanie Markovitch

ii. Equifax Information Services LLC

(2) The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this case:

N/A

3. ) The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties, including proposed intervenors, in this case:

Esther Oise – Attorney for Plaintiff

Dated: September 8, 2026

/s/ Esther Oise
Esther Oise, Esq. (GA Bar #686342)
Oise Law Group PC
2635 Governors Walk Blvd.
Snellville, GA 30078
Email: oiselaw@gmail.com
Telephone: (770) 895-3736
Attorney for Plaintiff